**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**
www.flmd.uscourts.gov

JEAN-PIERRE B. MEDANI,

Plaintiff,

v. **Case No.: 5:24-cv-208-MMH-PRL**

LEXISNEXIS RISK SOLUTIONS, INC.,

Defendant.
______________________________________/

**STIPULATION FOR DISMISSAL**

NOTICE IS HERBY GIVEN THAT the Parties stipulate to the dismissal of this case, with prejudice and with both sides to bear their own fees and costs.

F&L LAW GROUP, P.A.
5237 Summerlin Commons Blvd.
Suite 229
Fort Myers, FL 33907
Main – 239-323-0896
Dir. – 239-323-0927
www.FLLawGroup.com

***/s/ David W. Fineman***
David W. Fineman, Esq.
FBN: 0040993
DFineman@FLLawGroup.com
*Trial Counsel for Plaintiff*

SHUTTS & BOWEN, LLP
4301 W. Boy Scout Blvd.
Suite 300
Tampa, FL 33607
Tel: 813-229-8900
Fax; 813-229-8901

***Eric S. Adams***
Eric S. Adams
FBN: 0090476
eadams@shutts.com
*Trial Counsel for Defendant*