**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JEAN-PIERRE B. MEDANI,

Plaintiff,

v. Case No. 5:24-cv-208-MMH-PRL

LEXISNEXIS RISK SOLUTIONS INC.,

Defendant.

---

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation for Dismissal (Dkt. No. 11; Stipulation) filed on May 16, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.
2. Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 17th day of May, 2024.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record